7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* Darrin Wade Fernald and Kelly Ann Fernald<br>**Debtor** | *Bankruptcy Case No.*<br>11−61682−abf7 |
| **Fred Charles Moon**<br>    Plaintiff(s) | *Adversary Case No.*<br>13−06031−abf |
| v. | |
| **Darrin Wade Fernald**<br>**Kelly Ann Fernald**<br>    Defendant(s) | |

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: Judgment is hereby entered against Co−Defendants, Darrin Wade Fernald and Kelly Ann Fernald, on the Plaintiff, Chapter 7 Trustee's Complaint in accordance with [Doc.#25], the order Approving the terms and provisions of the Amended Stipulated Settlement [Doc.#22].

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 10/29/13

Court to serve